NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELIZABETH OYER,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2026-1346

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-25-2372-I-1.

---

**ON MOTION**

---

Before MAYER, *Circuit Judge.*

## O R D E R

Upon consideration of this court's February 20, 2026 show-cause order, Elizabeth Oyer's motion for relief under Federal Rule of Appellate Procedure 18, and the Merit Systems Protection Board's motion for clarification on the deadline to respond to that motion,

IT IS ORDERED THAT:

The Board's motion is granted to the extent it may file a joint response to the show-cause order and Rule 18 motion no later than March 23, 2026, and any reply regarding the Rule 18 motion is due no later than March 30, 2026.

FOR THE COURT

February 25, 2026
Date

Jarrett B. Perlow
Clerk of Court