# United States Court of Appeals
# for the Federal Circuit

---

**ELIZABETH OYER,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2026-1346

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-25-2372-I-1.

---

## MANDATE

---

In accordance with the judgment of this Court, entered April 21, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 12, 2026
Date

Jarrett B. Perlow
Clerk of Court